United States District Court
Southern District of Ohio

_____

**Related Case Memorandum**
**Civil Cases**

TO:    Judge Marbley, Chief Judge Morrison, Magistrate Judge Jolson and Magistrate Judge Shimeall

FROM:    Scott Miller    , Deputy Clerk

DATE:    6/11/26

SUBJECT:    Case Caption:    The Lisinski Law Firm, LLC v. Overmyer, et al.

CASE:    Case Number:    Doc. 2:26-cv-704 1

DISTRICT JUDGE:    Judge Marbley and Magistrate Judge Shimeall

File Date:    6/10/26

This memorandum is to notify you that the civil cover sheet on the above referenced case reflects the following alleged related case(s):

**Related Case(s):**

Case Caption:    Ortega v. Lisinski, et al.

Case Number:    Doc. 2:26-cv-644 2    District Judge:    Morrison

File Date:    5/28/26    Magistrate Judge:    Jolson

**Related Case(s):**

Case Caption:

Case Number:    District Judge:

File Date:    Magistrate Judge:

Memo Re: Related Civil Cases
Page 2

The District Judges having conferred, we respond to Case Administrator   **Scott Miller**
as follows:

**Judges' Response:**

☐ We agree that the cases are **not** related and that the subject case should remain with the Judge to whom it is assigned.

☒ We agree that the cases **are** related and that the subject case should be transferred to the docket of Judge _____Monson_____

☐ We agree that although the cases **are** related, the subject case nevertheless should remain with the Judge to whom it was assigned.

☐ We are unable to agree and will accept any decision made by the Chief Judge.

☐ I am the Judge on both/all of the listed cases and have determined that the cases are **not** related.

☐ I am the Judge on both/all of the listed cases and have determined that the cases **are** related and they shall both/all remain on my docket.

☐ Other Direction of Judge: _____

_____

_____
United States District Judge

_____
United States District Judge

_____
United States District Judge

Cc:  Courtroom Deputies

*Revised 7/19/2012*