**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| THE LISINSKI LAW FIRM, LLC | : | |
| | : | CASE NO. 2:26-cv-00704 |
| Plaintiff, | : | |
| | : | JUDGE SARAH D. MORRISON |
| v. | : | |
| | : | MAGISTRATE JUDGE KIMBERLY A. |
| | : | JOLSON |
| CAMILA OVERMYER, ET AL. | : | |
| | : | |
| Defendants. | : | |

---

***STIPULATED EXTENSION OF TIME FOR DEFENDANT ROBERTO (ROBERT)
ALVEREZ TO MOVE OR PLEAD IN RESPONSE TO PLAINTIFF'S COMPLAINT***

---

Pursuant to S.D. Ohio Civ. R. 6.1(a), Plaintiff The Lisinski Law Firm, LLC and Defendant Roberto (Robert) Alvarez ("Defendant Alvarez"), through their respective counsel, hereby stipulate and agree that Defendant Alvarez shall have an additional seven (7) days, up to and including July 16, 2026, within which to move or otherwise plead in response to Plaintiff's Complaint.  No prior stipulated extensions have been granted to this defendant, such that the total stipulated extensions do not exceed twenty-one (21) days.

Respectfully submitted,

*/s/ David J. Butler (per email auth 07.09.26)*
David J. Butler (0068455)
TAFT STETTINIUS & HOLLISTER, LLP
41 S High St, Ste 1800
Columbus, OH 43215
dbutler@taftlaw.com

David M. De Villers (0059456)
BARNES & THORNBURG, LLP
41 S High St, Ste 3300
Columbus, OH 43215
David.DeVillers@btlaw.com

*/s/ Jeffrey A. Yeager*
Cara M. Wright (0084583), Trial Attorney
Jeffrey A. Yeager (0068062)
James A. Lacey (0105891)
FREEMAN MATHIS & GARY, LLP
65 East State Street, Suite 2550
Columbus, OH 43215
Cara.Wright@fmglaw.com
Jeffrey.Yeager@fmglaw.com
James.Lacey@fmglaw.com
*Counsel for Defendant Robert Alvarez*

Jason P. Mehta *(admitted Pro Hac Vice)*
Heather A. Lee (*admitted Pro Hac Vice*)
FOLEY & LARDNER, LLP
100 N Tampa St, Ste 2700
Tampa, FL 33602
jmehta@foley.com
hlee@foley.com
*Counsel for Plaintiff The Lisinski Law Firm,*
*LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on July 9, 2026, a copy of the foregoing *Stipulation for Extension of Time to Move or Plead* was filed electronically and accordingly served on counsel of record by operation of the Court's electronic filing system. The following parties have not entered appearances through counsel as this time and were accordingly served via United States regular mail, postage prepaid, as follows:

Camila Overmyer
4020 Eagle Drive
Gosport, IN 47433
*Defendant*

Inna Simakovsky
302 S Cassady Avenue
Columbus, OH 43209
*Defendant*

James Betzold
603 E 16th St, Suite 120
Holland, MI 49423
*Defendant*

/s/ *Jeffrey A Yeager*
Jeffrey A. Yeager (0068062)
*Counsel for Defendant Robert Alvarez*

*Page 2 of 2*