**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**Angel Lisinsky,**
Plaintiff,

v.

**Camila Overmyer,**
Defendant.

**Case No. 2:26-cv-00704-ALM-SCS**

## LETTER TO THE HONORABLE COURT REGARDING FILING DEADLINE

**Honorable Judge:**

I respectfully write to explain my confusion regarding the deadline for filing my response in this case and to respectfully ask the Court to accept my filing.

I am representing myself **pro se** and do not have an attorney assisting me with the federal court filing procedures. I have been making a good-faith effort to understand the Court's rules, deadlines, and requirements.

My confusion arose because I understood the date shown in the notice I received to be the deadline by which I needed to submit my response. Based on my reading of that document, I believed I was acting within the required time.

I also learned that, as a pro se litigant, I do not automatically have the same electronic filing access that attorneys have. I have been attempting to determine the proper procedure for submitting my filing and obtaining electronic filing access, which added to my confusion regarding how and when my response needed to be delivered to the Court.

I sincerely apologize to the Court for any delay or misunderstanding. Any delay was not intentional, was not meant to disregard the Court's rules, and was not an attempt to gain an advantage. I have been trying in good faith to protect my rights and comply with the Court's requirements while navigating this process without legal representation.

I respectfully ask the Court to consider my pro se status, my good-faith misunderstanding of the deadline shown in the notice, and the difficulties I encountered with electronic filing. I respectfully request that the Court accept my accompanying **Motion to Dismiss for Lack of Personal Jurisdiction** and allow the matter to be considered on its merits.

I appreciate the Court's time, patience, and consideration.

Respectfully submitted,

**Camila Overmyer**
Defendant, Pro Se

4020 Eagle Drive
Gosport, IN 47433
812-881-0220
camilaovermyer@icloud.com

Date: **August 26, 2026**

## CERTIFICATE OF SERVICE

I certify that on August 26, 2026, I served a true and correct copy of this letter and the accompanying filing upon counsel for Plaintiff by the method of service stated in my accompanying filing.

**Camila Overmyer**
Defendant, Pro Se