PRESS FIRMLY TO SEAL

FSC MIX Board FSC™ C116916

PAPER POUCH how2recycle.info

PRIORITY MAIL EXPRESS
FLAT RATE ENVELOPE
POSTAGE REQUIRED

UNITED STATES POSTAL SERVICE. Retail

E

US POSTAGE PAID

$35.90

Origin: 47460
08/26/26
1782610827-04

PRIORITY MAIL EXPRESS®

CAMILA OVERMYER
4020 EAGLE DR
GOSPORT IN 47433-8244
(812) 881-0220

0 Lb 2.30 Oz

RDC 07

SCHEDULED DELIVERY DAY: 08/28/26 06:00 PM

C004

SHIP TO:

(812) 881-0220
JOSEPH P KINNEARY
US COURTHOUSE
RM 121
85 MARCONI BLVD
COLUMBUS OH 43215-2823

USPS TRACKING® #

9570 1117 7171 6238 6458 38

# PRIORITY MAIL EXPRESS®

## FLAT RATE ENVELOPE

ONE RATE ■ ANY WEIGHT

X-RAY ✓

To schedule free Package Pickup, scan the QR code.

USPS.COM/PICKUP

PS10001000006

EP13F October 2023
OD: 12 1/2 x 9 1/2

UNITED STATES POSTAL SERVICE®

This package is made from post-consumer waste. Please recycle - again.

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail Express® shipments. Misuses may be a violation of federal law. This package is not for resale. EP13F © U.S. Postal Service; October 2023; All rights reserved.