**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**THE LISINSKI LAW FIRM, LLC,**

**Plaintiff,**

**v.**

**Civil Action 2:26-cv-704**
**Chief Judge Sarah D. Morrison**
**Magistrate Judge Kimberly A. Jolson**

**CAMILA OVERMYER, et al.,**

**Defendants,**

**ORDER**

Before the Court is Defendants James Betzold and Betzold Law, PLC d/b/a Visa Feliz's (collectively, the "Betzold Defendants") Motion to Stay. (Doc 45). The Betzold Defendants ask to stay discovery, with some exceptions, while the Court considers their motion to dismiss. (*Id.*; *see also* Doc. 37). Specifically, they and certain other parties agreed that "1) any depositions should be stayed pending resolution of the Betzold Defendants' jurisdictional motion; 2) discovery limited solely to jurisdictional issues may proceed; 3) written discovery may proceed under the condition that such discovery preserves the jurisdictional challenge of the Betzold Defendants." (Doc. 45 at 2). Additionally, the Betzold Defendants ask that their participation in any mediation be voluntary, rather than required. (*Id.*).

Plaintiff opposes only the mediation portion of the Motion. (Doc. 46). In its view, requiring the Betzold Defendants to participate in mediation would streamline an extrajudicial resolution of this matter and avert "piecemeal litigation." (*Id.* at 2). Plaintiff cites instances of this Court and others ordering mediation even during the pendency of a motion to dismiss for lack of subject matter jurisdiction. (*Id.* at 2–3).

The Court acknowledges that the Betzold Defendants' participation in mediation could streamline this case if mediation is successful. At the same time, the Court declines to force the Betzold Defendants to join if they do not believe mediation will be fruitful. Simply, that is not a good use of anyone's resources. Whether the Betzold Defendants choose to participate in the upcoming mediation will be up to them.

Consequently, for good cause shown, the Motion to Stay (Doc. 45) is **GRANTED**. Discovery and depositions as to the Betzold Defendants are **STAYED**, except for discovery about jurisdictional issues and written discovery under the condition that such discovery preserves the jurisdictional challenge of the Betzold Defendants. If this case remains pending against the Betzold Defendants after the Court's order on their motion to dismiss, the parties are **ORDERED** to confer on a discovery plan. The parties should submit the plan in a joint status report within 10 days of the Court's opinion.

IT IS SO ORDERED.

Date: September 22, 2026

/s/ Kimberly A. Jolson
KIMBERLY A. JOLSON
UNITED STATES MAGISTRATE JUDGE