**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**THE LISINSKI LAW FIRM, LLC,**

**Plaintiff,**

**v.**

**Civil Action 2:26-cv-704**
**Chief Judge Sarah D. Morrison**
**Magistrate Judge Kimberly A. Jolson**

**CAMILA OVERMYER, et al.,**

**Defendants,**

**ORDER**

Recently, *pro se* Defendant Camila Overmyer filed with the Court what appears to be a letter response to a settlement offer. (Doc. 48). Given its contents, the Court initially instructed the Clerk to restrict the filing. Now, the Court **STRIKES** it.

The parties, and Defendant Overmyer in particular, are **REMINDED** that settlement offers, counteroffers, or related communications should not be filed on the public docket absent a Court Order. Defendant Overmyer is **ORDERED** to provide the letter to opposing counsel directly, if she has not already done so.

IT IS SO ORDERED.

Date: September 29, 2026

/s/ Kimberly A. Jolson
KIMBERLY A. JOLSON
UNITED STATES MAGISTRATE JUDGE