# EXHIBIT 1

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

THE LISINSKI LAW FIRM, LLC,

Plaintiff,

v.

CAMILA OVERMYER a/k/a CAMELIA GUAD MAGANA MADRIGAL, JAMES BETZOLD, ROBERTO ALVAREZ, INNA SIMAKOVSKY, BETZOLD LAW, PLC d/b/a VISA FELIZ, AVANTI LAW GROUP, PLLC, SIMAKOVSKY LAW GROUP, LLC, and JOHN DOES 1-6,

Defendants.

Case No. 2:26-CV-00704-DRC-KAJ

JUDGE DOUGLAS R. COLE

MAGISTRATE JUDGE KIMBERLY A . JOLSON

**DECLARATION OF OLIVIA SINGELMANN IN SUPPORT OF PLAINTIFF'S RESPONSE TO THE BETZOLD DEFENDANTS' MOTIONS TO DISMISS**

1. My name is Olivia Singelmann. I am over the age of eighteen (18), of sound mind, and fully competent to make this declaration. I am an attorney licensed to practice law in the District of Columbia and Maryland and am a Partner at Foley & Lardner, LLP, counsel of record for Plaintiff Lisinski Law Firm ("LLF") in this matter. My business address is 3000 K St. NW, Suite 600, Washington, DC 20007.

2. I have personal knowledge of the facts stated herein, and they are true and correct.

3. I am a fluent Spanish speaker. I submit this declaration in support of Plaintiff's Response to Defendants' Motions to Dismiss and to authenticate certain excerpts, screenshots, and/or video clips taken from publicly available social media content published by Defendant James Betzold ("Betzold").

4. The materials referenced in this declaration are videos, livestreams, screenshots, and/or posts from the social media platform Tiktok. The materials were obtained directly from

publicly accessible video postings on Tiktok.com. I have reviewed the materials and, to the best of my knowledge and belief, they are substantially accurate and fairly reflect the statements of Defendant and others, as originally published by those users on the platform. These materials are being offered solely to show what was published, the context of those publications, and the nature of the statements made by Defendant, not for the truth of any asserted matters therein.

5. In a Tiktok video published on May 21, 2026, Betzold states that "they are going to investigate all the cases involving all the attorneys suspected" of fraud.[1] Betzold separately claimed that if a client becomes entangled in these matters, enforcement authorities "are not going to want to show you mercy."[2] He further asserted that if a client "timely retract[s]" the case and stops using the attorney's allegedly fraudulent services, the client will have a better chance of retaining his or her immigration benefits.[3]

6. On May 19, 2026, Defendant Camila Overmyer posted a Tiktok video stating that "a lawyer [James Betzold]" reviews their application and if he determines there are "lies, exaggerations, false accusations, that is to say, fraud in their case, then he will put [them] in touch with lawyer Roberto [Alvarez]."[4]

7. On May 21, 2026, Betzold posted a TikTok video urging LLF clients to consult with him and have their cases reviewed.[5] He has suggested that, if their work permits were

---

[1] Video posted by Betzold Law (@betzoldlaw), TIKTOK (May 21, 2026), https://www.tiktok.com/@betzoldlaw/video/7642415047565724941

[2] Video posted by Betzold Law (@betzoldlaw), TIKTOK (May 9, 2026), https://www.tiktok.com/@betzoldlaw/video/7637908122622889230

[3] *Id.*

[4] Video posted by Camila Overmyer (@camilaovermyer41), TIKTOK (May 19, 2026), https://www.tiktok.com/@camilaovermyer41/video/7641702199961062670

[5] Video posted by Betzold Law (@betzoldlaw), TIKTOK (May 21, 2026), https://vt.tiktok.com/ZSxDXfLp6

procured through fraud, the individuals will lose them in any event, but that by participating in the civil action they may at least recover compensation for the harm caused by that alleged fraud.[6]

8. If called to testify, I could and would competently testify to the matters stated herein.

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 12, 2026 in Washington, DC.

*/s/ Olivia Singelmann*
Olivia Singelmann

[6] *Id.*