# EXHIBIT 1

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

THE LISINSKI LAW FIRM, LLC,

Plaintiff,

v.

CAMILA OVERMYER a/k/a CAMELIA GUAD MAGANA MADRIGAL, JAMES BETZOLD, ROBERTO ALVAREZ, INNA SIMAKOVSKY, BETZOLD LAW, PLC d/b/a VISA FELIZ, AVANTI LAW GROUP, PLLC, SIMAKOVSKY LAW GROUP, LLC, and JOHN DOES 1-6,

Defendants.

Case No. 2:26-CV-00704-DRC-KAJ

JUDGE DOUGLAS R. COLE

MAGISTRATE JUDGE KIMBERLY A . JOLSON

**DECLARATION OF OLIVIA SINGELMANN IN SUPPORT OF PLAINTIFF'S RESPONSE TO DEFENDANT OVERMYER'S MOTION TO DISMISS**

1. My name is Olivia Singelmann. I am over the age of eighteen (18), of sound mind, and fully competent to make this declaration. I am an attorney licensed to practice law in the District of Columbia and Maryland and am a Partner at Foley & Lardner, LLP, counsel of record for Plaintiff Lisinski Law Firm ("LLF") in this matter. My business address is 3000 K St. NW, Suite 600, Washington, DC 20007.

2. I have personal knowledge of the facts stated herein, and they are true and correct.

3. I am a fluent Spanish speaker. I submit this declaration in support of Plaintiff's Response to Defendants' Motions to Dismiss and to authenticate certain excerpts, screenshots, and/or video clips taken from publicly available social media content published by Defendants Camila Overmyer ("Overmyer") and James Betzold ("Betzold").

4. The materials attached as **Exhibits A-E** and/or referenced in this declaration are videos, livestreams, screenshots, and/or posts from the social media platforms Tiktok, Facebook,

and Youtube. The materials were obtained directly from publicly accessible video postings on Tiktok.com, Facebook.com, and Youtube.com. I have reviewed the materials and, to the best of my knowledge and belief, they are substantially accurate and fairly reflect the statements of Defendant and other commenters, as originally published by those users on the platform. These materials are being offered solely to show what was published, the context of those publications, and the nature of the statements made by Defendant, not for the truth of any asserted matters therein. To the extent any underlying video or livestream files are not attached as paper exhibits, LLF can provide those materials to the Court in electronic format, including by flash drive, upon request.

5. **Exhibit A** contains screenshots of an October 22, 2025 interview posted to Facebook captioned "Victima de la abogada Abogada Angel Lisinski," which translates to "Victim of Attorney Angel Lisinski." The video was an interview with a former client of the Lisinski Law Firm ("LLF"), Rosario (aka "Rosi").[1] The video received 67,000 views, 673 likes, and 119 comments on Facebook. The video was also posted to Tiktok, where it received 112,100 views, 1,549 likes, and 21,972 shares. In this video at approximately minute 3:11, Overmeyer asked Rose why LLF advised her to apply for a T-Visa instead of Parole in Place. Rose stated, "they told me they didn't do Parole in Place, but that they recommended the T Visa to us." In the comment section of the Tiktok video, Overmeyer tagged Lisinski and asserted that Lisinski told Rosi not to use Parole in Place "para poderle sacar mucho mas dinero," which translates to "so she could get more money out of her." The video also contains statements claiming that LLF told Rosi she "did not

---

[1] Video posted by Camila Overmyer, FACEBOOK, *Victima de la abogada Abogada Angel Lisinski* (October 22, 2025), https://www.facebook.com/61557651634825/videos/1109709974485719

need evidence" to apply for a T Visa and that Rosi's application was denied "because she had no evidence."[2]

6. **Exhibit B** contains screenshots from an October 23, 2025 video where Overmyer hosted another client of LLF. On screen, Overmyer identified the client as "Otra victim de la @AbogadaAngel," which translates to "Another victim of @AbogadaAngel." @AbogadaAngel is Lisinski's Tiktok account. In the comment section of that video, user "Yari" commented "Si ay muchos ladrones disfrazados. De abogados…Es triste que aprovechen," which translates to "There are many thieves in disguise as lawyers…It's sad that they take advantage." Overmeyer responded "Y se aprovechan porque saben que los hispanos no se quejan en la barra de abogados. Pero eso se acabó," which translates to "They take advantage because they know that Hispanics do not complain to the Bar. But that's over now."

7. **Exhibit C** contains a statement from a Tiktok comment section where, on October 24, 2025, a commenter on Overmyer's page tagged Lisinski and stated "esperamos una aclaración por favor," which translates to "We hope for a clarification, please." Overmyer responded to the comment by saying "la @AbogadaAngel no va a contestar ella esta ocupada grabando videos promoviéndo sus servicios mal habidos!," which translates to "@AbogadaAngel isn't going to answer, she's busy recording videos promoting her ill-gotten services."

8. **Exhibit D** contains a screenshot from a Tiktok comment section, where user "Ye_Mich" comments "@Abogada Angel Lisinski esperamos una aclaración por favor…," which translates to "We hope for a clarification, please." Overmyer responded by saying "La @Abogada Angel no va a dar la cara porque es cobarde. Y su equipo es muy poco profesional," which

---

[2] *Id.* at approximately 13:04.

translates to "@Abogada Angel is not going to show her face because she's a coward. And her team is very unprofessional."

9. In a February 11, 2026 livestream, Overmyer stated at approximately minute 14:15: "Yesterday I saw a video of 'La Lisinski' saying, 'We have had, we have submitted in four years, fifty-five thousand cases.'" When a commenter asked when Overmyer planned to sue these lawyers, at approximately minute 15:15, Overmyer responded that the commenter was using a fake profile and that "[the commenter's] boss would soon be wearing an orange jumpsuit." A true and correct copy of the video can be provided to the Court in electronic format, including by flash drive, upon request.

10. In a June 4, 2026 Tiktok, Overmeyer stated that certain attorneys should go to jail.[3] In another video, Overmyer depicted an individual as a rat in an orange prison jumpsuit headed to jail, referring to the depiction as a "wicked rat."[4]

11. In another Tiktok video published by Overmyer, Betzold states that "they are going to investigate all the cases involving all the attorneys suspected" of fraud.[5] Betzold separately claimed that if a client becomes entangled in these matters, enforcement authorities "are not going to want to show you mercy."[6] He further asserted that if a client "timely retract[s]" the case and stops using the attorney's allegedly fraudulent services, the client will have a better chance of retaining his or her immigration benefits.[7]

---

[3] Video posted by Camila Overmyer (@camilaovermyer41), TIKTOK (June 5, 2026), https://www.tiktok.com/@camilaovermyer41/video/7647958541390630157

[4] Video posted by Camila Overmyer (@camilaovermyer41), TIKTOK (June 4, 2026), https://www.tiktok.com/@camilaovermyer41/video/7637290406832639246

[5] Video posted by Betzold Law (@betzoldlaw), TIKTOK (May 21, 2026), https://www.tiktok.com/@betzoldlaw/video/7642415047565724941

[6] Video posted by Betzold Law (@betzoldlaw), TIKTOK (May 9, 2026), https://www.tiktok.com/@betzoldlaw/video/7637908122622889230

[7] *Id.*

12. **Exhibit E** contains comments on Lisinski's social media pages. The first is a October 24, 2025 Tiktok comment from "qefe479685." It states "Me an estado saliendo videos diciendo q la abrogada ase fraude q no es seria en sus casos," which translates to "I have been seeing videos saying that the lawyer commits fraud and that she is not serious." The second comment comes from user @ashgallardo28 and appears on Lisinski's Youtube page. It states "Hola abogada están saliendo muchos videos de camilaovermyer acerca de su oficina muy malos comentarios yo tengo case con usted y ahora tengo mucho miedo lla no quiero seguir mi caso gracias," which translates to "Hello attorney there are a lot of videos of camilaovermyer regarding your office really bad comments [*sic*] I have a case with you and now I am very scared I don't want to continue my case thank you." The third comment comes from user "boscoe6" and appears on Lisinski's Tiktok page. It states "Abogada cada vez salen mas personas estafadas con sus fraudes @camilaovermyer," which translates to "More and more people who have been scammed by your fraud keep coming forward @camilaovermyer."

13. In a May 17, 2026 livestream, Overmyer hosted a client to talk about Lisinski, calling her "Fallen Angel," beginning at approximately minute 0:19, and "Angel Ratinski," at approximately minute 2:29. At approximately minute 8:48, she further stated: "what are they going to do, sue me?" At approximately minute 19:15, she also stated, without specifically naming Lisinski, that the Violence Against Women Act ("VAWA") offers a legitimate immigration process, but it has been used by a bunch of "old rats to defraud people" and "sell them a lie." A true and correct copy of the video can be provided to the Court in electronic format, including by flash drive, upon request.

14. On May 19, 2026, Overmyer posted a Tiktok video stating that "a lawyer [James Betzold]" reviews their application and if he determines there are "lies, exaggerations, false

accusations, that is to say, fraud" in their case, then he will "put [them] in touch with lawyer Roberto [Alvarez]."[8]

15. On May 21, 2026, Betzold posted a TikTok video urging LLF clients to consult with him and have their cases reviewed.[9] He has suggested that, if their work permits were procured through fraud, the individuals will lose them in any event, but that by participating in the civil action they may at least recover compensation for the harm caused by that alleged fraud.[10]

16. If called to testify, I could and would competently testify to the matters stated herein.

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 12, 2026 in Washington, DC.

*/s/ Olivia Singelmann*
Olivia Singelmann

---

[8] Video posted by Camila Overmyer (@camilaovermyer41), TIKTOK (May 19, 2026), https://www.tiktok.com/@camilaovermyer41/video/7641702199961062670

[9] Video posted by Betzold Law (@betzoldlaw), TIKTOK (May 21, 2026), https://vt.tiktok.com/ZSxDXfLp6

[10] *Id.*

# EXHIBIT A




**Victima de la abogada Abogada Angel Lisinski**

Like Comment Share 700 · 142 comments · 76K views

**Camila Overmyer**
October 22, 2025 ·
Follow

Victima de la abogada **Abogada Angel Lisinski**

Most relevant

**Rosario Cervagarciacernamtes**
Tengo mi caso con la **Abogada Angel Lisinski** y todo fue a la perfeccion, la abogada es muy profesional y siempre estuvo dispuesta a ayudar, no es migración pero es una experta en su campo
Y ya sin poder ablar español la señora que trizte caso
43w 7

View all 8 replies

**Luz de Lopez**
No puedo creer yo tengo in caso
19w

View more comments 2 of 87

# EXHIBIT B


Yari
Si ay muchos ladrones disfrazados. De abogados
😔 Es triste que se aprovechen
0
Hace 4 h Responder
camilaovermyer · Creador
Y se aprovechan porque saben que los hispanos no se quejan en la barra de abogados. Pero eso se acabó
1
Hace 4 h Responder

# EXHIBIT C

**Gissela Ortiz499**

@Abogada Ángel esperamos una aclaración por favor

1d ago Reply ♡ 0

**camilaovermyer** · Creator

la @Abogada Ángel no va a contestar ella esta ocupada grabando videos promoviéndo sus servicios mal habidos!

1d ago Reply ♡ 1

**Gissela Ortiz499**

Conozco personalmente personas que an arreglado con ella por eso yo la contraté soy su cliente tengo 23 meses esperando una respuesta pero si es preocupante por que hasta la fecha no e podido hablar con ella por más que e tratado

1d ago Reply ♡ 1

# EXHIBIT D


Ye_Mich
@Abogada Angel Lisinski esperamos una aclaración por favor, 😤
1d ago
Reply
0
camilaovermyer · Creator
La @Abogada Ángel no va a dar la cara porque es cobarde. Y su equipo es muy poco profesional.
1d ago
Reply
1

# EXHIBIT E

**qefe479685**

13 minutes ago

This message is hidden on TikTok. unhide

Me an estado saliendo videos diciendo q la abogada ase fraude q no es seria en sus casos

Response recommended

Negative

High brand risk

A **@ashgallardo28** 9 hours ago

This message has been permanently hidden on YouTube. You cannot reply to this comment.

Hola abogada están saliendo muchos videos de camilaovermyer acerca de su oficina muy malos comentarios yo tengo caso con usted y ahora tengo mucho miedo lla no quiero seguir mi caso gracias


boscoe6
Commented on Post by abogadaangel "Noticias de la última hora: la decisión de la Corte Suprema. Tod...
an hour ago
This message is hidden on TikTok.
unhide
Abogada cada vez salen mas personas estafadas con sus fraudes @camilaovermyer
Negative
View Thread