**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

THE LISINSKI LAW FIRM, LLC,

**Plaintiff(s),**

**vs.**

CAMILIA OVERMYER, et al.,

**Defendant(s).**

**Case No.** 2:26-cv-704

**Judge:** DOUGLAS R. COLE
**Magistrate Judge:** KIMBERLY A. JOLSON

**NOTICE SETTING MEDIATION**

[ X ] **TAKE NOTICE** that a proceeding in this case has been set for a Settlement Conference for the place, date, and time set forth below:

Place: Hybrid Mediation
Place: see 11/10/26 logistics letter.
Start time: 9:00 am EST.

Date: 11/19/26

Unless otherwise **ORDERED** either by the Court, on its own motion or at the request of the parties, the rules for mediation are:

1. **Each party** and the **trial attorney** must **attend**.
2. Plaintiff will tender to defendants and the mediator a fully documented settlement demand by N/A.
3. Defendants will tender to plaintiff and to the mediator a fully documented response by N/A.
4. All settlement discussions shall be subject to Federal Evidence Rule 408.

Date: 11/10/26

Shawn K. Judge
Mediator